# MEMORANDA

DECISIONS RENDERED WITHOUT WRITTEN OPIN-
IONS DURING THE PERIOD EMBRACED
IN THIS VOLUME.

---

No. 1,829.—STATE ex rel. KNAPP, Relator, v. DIS-
TRICT COURT OF THE FIFTH JUDICIAL DIS-
TRICT et al., Respondents.

Original—Writ of Supervisory Control.

Decided June 2, 1902.

Per Curiam.—Relator's application for a writ of supervisory
control, or some other appropriate writ, herein, is denied.

*Mr. J. K. Macdonald,* and *Mr. T. Bailey Lee,* for Relator.

---

No. 1,808.—STATE ex rel. OREGON SHORT LINE
RAILROAD CO., Relator, v. DISTRICT COURT OF
THE SECOND JUDICIAL DISTRICT, Respondent.

Original—*Mandamus.*

Decided June 2, 1902.

Per Curiam.—Upon motion of the relator this cause is dis-
missed at the cost of said relator.

*Mr. J. G. Willis,* for Relator.

*Mr. J. E. Healey,* for Respondent.